**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **JAMARR R. STONE, SR.,** | : | |
| | : | |
| **Plaintiff,** | : | **Case No. 2:26-cv-472** |
| | : | |
| **v.** | : | **JUDGE ALGENON L. MARBLEY** |
| | : | |
| **P. SCHANER, *et al.*,** | : | **MAGISTRATE JUDGE STEPHANIE K.** |
| | : | **BOWMAN** |
| **Defendants.** | : | |

**OPINION & ORDER**

This matter comes before the Court on the Magistrate Judge's June 10, 2026 **Report and Recommendation** (ECF No. 4). The parties were specifically advised of their right to object to the Report and Recommendation within fourteen days and of the consequences of their failure to do so. (ECF No. 4 at 18–19). No objection has been filed. Since neither party has objected, and the deadline for such objections elapsed on June 24, 2026, this Court **ACCEPTS** the Magistrate Judge's Report and Recommendation (ECF No. 4) and **ORDERS** as follows:

1. Plaintiff's failure to investigate claims against Defendants Gould and Evans are **DISMISSED WITHOUT PREJUDICE.**
2. Plaintiff's official capacity claims for monetary relief are **DISMISSED WITH PREJUDICE.**
3. Plaintiff's First Amendment access-to-the courts claim against Gould is **DISMISSED WITHOUT PREJUDICE**.
4. Plaintiff's Fourteenth Amendment Equal Protection and First Amendment Establishment Clause claims against Defendant Brady is **DISMISSED WITHOUT PREJUDICE**.

5. Defendants Gould, Evans, and Brady are **DISMISSED** as defendants in this action.
6. Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 2) is **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**

**DATED: October 16, 2026**